UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE APPLICATION OF<br>HORNBEAM CORPORATION<br><br>REQUEST FOR DISCOVERY PURSUANT<br>TO 28 U.S.C. § 1782 | )<br>)<br>) C.A. No.<br>)<br>)<br>)<br>) |

**DECLARATION OF JAMES H. POWER IN SUPPORT OF**
**_EX PARTE_ APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, James H. Power, declare as follows:

1. I am a member of the law firm of Holland & Knight LLP, counsel for Hornbeam Corporation ("**Hornbeam**"), am duly admitted to practice before the United States District Court for the Southern District of New York, and intend to submit a _Pro Hac Vice_ application in this Court to appear on behalf of Hornbeam for this matter. I respectfully submit this declaration in support of Hornbeam's application for discovery pursuant to 28 U.S.C. § 1782 (the "**1782 Application**").

2. I submit this declaration to provide the Court with the declarations of Vadim N. Shulman, dated December 17, 2014 (the "**Shulman Declaration**"), and Michael J. Fay, dated December 18, 2014 (the "**Fay Declaration**"). Both declarations are sworn under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746. The Shulman Declaration is attached hereto as **Exhibit 1**. The Fay Declaration and the exhibits thereto is attached as **Exhibit 2**.

3. To the best of my knowledge, information, and belief, based on my investigation of the facts surrounding this dispute and of the entities and individuals, including, but not limited to, documents filed in related British Virgin Island injunction and liquidation proceedings, the

following entities from which discovery is sought either reside or are found in the District of Delaware:

    a. Warren Steel Holdings LLC
    b. CC Metals & Alloys LLC
    c. Tube City IMS LLC
    d. Optima Ventures LLC
    e. Optima Acquisitions LLC
    f. Optima Group LLC
    g. Optima Highland LLC
    h. Georgia American Alloys Inc.
    i. Optima Specialty Steel, Inc.
    j. Optima Fixed Income LLC

With the exception of Optima Fixed Income LLC, the above-mentioned entities are listed on the Delaware Department of State: Division of Corporations website as Delaware entities with Delaware addresses.[1] Additionally, my review of a Loan Agreement dated December 3, 2012, between Optima Fixed Income LLC and Warren Steel Holdings LLC states Optima Fixed Income LLC is a Delaware Limited Liability Company.

    4. The Southern District of New York Court has granted a similar 28 U.S.C. § 1782 application of Hornbeam for discovery against third party banks and professional service providers. A copy of the New York order is attached hereto as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
             December 30, 2014

                                        Respectfully Submitted,

                                        By: _James H. Power_
                                              James H. Power

---

[1] https://delecorp.delaware.gov/tin/GINameSearch.jsp